# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LEROY PENA, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:22-CV-0987-N-BH |
| § | |
| DALLAS POLICE ASSOCIATION § | |
| and CITY OF DALLAS, § | |
|     Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has not timely filed an amended complaint as allowed by the recommendation, *Defendant City of Dallas's Motion to Dismiss Original Complaint and Brief in Support,* filed August 5, 2022 (doc. 13), is **GRANTED**, and all claims against the City of Dallas are **DISMISSED with prejudice** for failure to state a claim. By separate judgment, the plaintiff's claims against the City of Dallas will be **DISMISSED with prejudice**.

**SIGNED** this 21st day of February, 2023.

CHIEF UNITED STATES
DISTRICT JUDGE